# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C. BRYAN HARTMAN and** : | **CIVIL ACTION NO. 1:15-CV-523** |
| **MICHELE RENEE HARTMAN,** : | |
| : | **(Chief Judge Conner)** |
| **Plaintiffs** : | |
| v. : | |
| : | |
| **STATE OF PENNSYLVANIA,** : | |
| **PENNSYLVANIA STATE POLICE,** : | |
| **TROOPER JEREMIAH R. MISTICK,** : | |
| **and TROOPER SHAWN PANCHIK,** : | |
| : | |
| **Defendants** : | |

## ORDER & JUDGMENT

AND NOW, this 1st day of September, 2016, upon consideration of defendants' motion (Doc. 18) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 18) is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiffs on all counts of the complaint.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania